[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-10977

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

BRANDON PAYNE,
a.k.a. Red,
a.k.a. Nephew,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

2                        Opinion of the Court                   24-10977

D.C. Docket No. 3:21-cr-00039-TES-CHW-5

_____

Before NEWSOM, GRANT, and ANDERSON, Circuit Judges.

PER CURIAM:

Markus Boenig, appointed counsel for Brandon Payne in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Payne's conviction and sentence are **AFFIRMED**.